# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois  60604

January 27, 2015

Before

WILLIAM J. BAUER, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

RUDOLPH T. RANDA, *District Judge*[*]

Nos. 11-3519, 11-3627, 12-1016, and 12-1290

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *v.* | No. 06-CR-586 |
| CHRISTOPHER BLITCH, *et al.*, *Defendants-Appellants*. | Harry D. Leinenweber, *Judge.* |

## AMENDED ORDER

No judge of the court having called for a vote on the Petition For Rehearing or Rehearing En Banc filed by Defendants-Appellants on January 13, 2015,[**] and all of the judges on the original panel having voted to deny the same,

IT IS HEREBY ORDERED that the Petition For Rehearing or Rehearing En Banc is DENIED.

---

[*]  Of the Eastern District of Wisconsin, sitting by designation.

[**] Judge Joel M. Flaum did not participate in the consideration of this petition.

IT IS FURTHER ORDERED that the opinion issued in the above-entitled case on December 2, 2014, is hereby amended as follows:

> On page 12, the first sentence of the first full paragraph starting "*Mayfield* also observed that predisposition is more amenable …" is deleted. The remainder of that paragraph is moved up and included with the preceding paragraph.